IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: December 02, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26777/0645477233

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-bk-26544-RJH |
| Craig Philip Stefick and Tracie Lynne Stefick<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>    vs. | ORDER<br><br>(Related to Docket #8) |
| Craig Philip Stefick and Tracie Lynne Stefick, Debtors, William E. Pierce, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 1, 2005 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Craig Philip Stefick and Tracie Lynne Stefick have an interest in, further described as:

> LOT 7, BLOCK 2, TRACT 2164, LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT THEREOF RECORDED NOVEMBER 24, 1965, AS FEE NUMBER 158504 IN THE OFFICE OF THE RECORDER OF MOHAVE COUNTY, ARIZONA.
>
> EXCEPT all oil, gases and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description, together with all uranium, thorium, or any other material which is or may be determined to be peculiarly essential to the production c·f fissionable materials, whether or not of commercial value, and except all underground water in, under or flowing through said land, and water rights appurtenant thereto, as reserved in instrument recorded in Book 628 of Official Records, page 638, records of Mohave County, Arizona.
>
> EXCEPT all underground water and water rights appurtenant thereto, and except ali gas, oil, coal and minerals whatsoever, as reserved in Deed recorded in Book 628 of Official Records, page 638, Book 260 of Official Records, page 786, records of Mohave County, Arizona.
>
> EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 65 of Deeds, page 227 records of Mohave County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                                 _____
                                                 JUDGE OF THE U.S. BANKRUPTCY COURT